UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, DERRILL FUSSELL, KEVIN EWING, TIMOTHY GARRISON, and KATHY LAFRENIERE,<br><br>Plaintiffs,<br><br>v.<br><br>SKAGIT COUNTY SUPERIOR COURT, MELISSA A. BEATON, in her official capacity as Clerk of Skagit County Superior Court; and ROSANNA WADKINS, in her official capacity as Administrator of Skagit County Superior Court,<br><br>Defendants. | CASE NO. 2:26-cv-00104-JNW<br><br>ORDER DENYING RECONSIDERATION |

This matter comes before the Court on Plaintiffs' motion for reconsideration of the Court's order of dismissal with prejudice. Dkt. No. 30. The Court DENIES the motion for the reasons below.

"Motions for reconsideration are disfavored" and will be granted only upon a showing of "manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable

diligence." LCR 7(h)(1). Thus, a motion for reconsideration "may *not* be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Kona Enter., Inc. v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (emphasis in original). Whether to grant reconsideration is left to the Court's discretion, *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003), but reconsideration is an "'extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources.'" *Kona Enter.*, 229 F.3d at 890 (internal citation omitted).

Plaintiffs' motion for reconsideration raises the same legal arguments regarding immunity that the Court has already rejected. Dkt. No. 30 at 2–5. These do not provide a basis for reconsideration. Plaintiffs also ask the Court to consider their opposition to Defendants' motion to stay discovery, as well as certain discovery responses. *Id.* at 1. Consideration of discovery issues is not necessary, though, to resolve a motion to dismiss under Rule 12(b).

Accordingly, Plaintiffs have not shown that reconsideration is warranted, and the Court DENIES the motion. Dkt. No. 30.

Dated this 7th day of October, 2026.

Jamal N. Whitehead
United States District Judge